# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
# CASE NO. 2:24-CV-00076-DLB

**MICHELE RENEE NUTINI**                                                                                          **PLAINTIFF**

**v.**

**CITY OF COVINGTON,** *et al.*                                                                                   **DEFENDANTS**

## AGREED ORDER

Upon agreement of the parties, and due to scheduling conflicts and briefing deadlines in other pending litigation of counsel, it is hereby ordered that the deadlines in this litigation be and are hereby extended as follows:

1. Fact Discovery – August 31, 2025;

2. Rule 26(a)(2) Expert Witnesses Disclosures and Reports: for Plaintiff, on or before October 31, 2025; for Defendants, on or before November 20, 2025;

3. Expert Discovery – December 31, 2025;

4. Status Report – December 31, 2025 (close of discovery).

*The Report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, Settlement Conference with the Court, summary jury trial, etc.).*

5. Dispositive or *Daubert* Motions – February 15, 2026.

**SO ORDERED** this 27th day of June, 2025.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

1

Have Seen and Agreed:

**/s/ Jeffrey C. Mando**
Jeffrey C. Mando, Esq. (#43548)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
859.394.6200
859.392.7263 – Fax
jmando@adamsattorneys.com

*Attorney for Defendants, City of Covington, Kentucky; Officer Charlie Beil, individually and in his official capacity as a Police Officer for the City of Covington; and, Chief Brian Valenti, individually and in his official capacity as Chief of the Covington Police Department*

**/s/Jamir Davis (per authorization)**
Jamir Davis, Esq.
328 Scott Street
Covington, KY 41011
jdavis@jdaviscounsel.com

*Attorney for Plaintiff, Michele Renee Nutini*