UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:24-CV-00076-DLB

**MICHELE RENEE NUTINI**                                              **PLAINTIFF**

v.

**CITY OF COVINGTON; C. BELL; BRIAN
VALENTI; and DOES 1-50 individually and
in official capacities as police officers for the
City Covington inclusive.**                                           **DEFENDANTS**

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

Comes now the undersigned counsel, pursuant to Local Rule 83.6 and any applicable Federal Rule of Civil Procedure, and respectfully moves this Honorable Court for leave to withdraw as counsel of record for Plaintiff, Michele Renee Nutini.

As grounds for this Motion, the undersigned states that irreconcilable differences and a breakdown in communication have arisen between counsel and Plaintiff, making continued representation unreasonably difficult and inappropriate. Further, Plaintiff has been informed of counsel's intention to withdraw and has been provided with reasonable notice and an opportunity to seek alternative representation.

The undersigned will promptly deliver to Plaintiff any file materials and papers to which Plaintiff is entitled, upon request and consistent with applicable law and ethical obligations. Counsel respectfully requests that this Motion be granted and that the undersigned be relieved of any further obligation in this matter.

A copy of this Motion has been served on Plaintiff at her last known address.

Respectfully submitted,

Jamir Davis, Esq.
J. Davis Law Firm, PLLC
328 Scott Street
Covington, KY 41011
(859) 750-5033
jdavis@jdaviscounsel.com
www.jdaviscounsel.com

2

*NUTINI V. CITY OF COVINGTON et al.*

**Certificate of Service**

This is to certify that on July 4, 2025, I served the within document via ECF. I caused the document(s) to be sent to the following parties shown below. I did not receive a notification that the electronic transmission was unsuccessful.

Jeffrey C. Mando, Esq. (#43548)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com


 **/s/** Kaylah Bozman

Kaylah Bozman