**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 24-76-DLB-CJS**

**MICHELLE RENEE NUTINI**                                                        **PLAINTIFF**


**v.**                                          **ORDER**


**CITY OF COVINGTON, et al.**                                          **DEFENDANTS**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Motion to Withdraw as Counsel filed by Attorney Jamir Davis, who has served as counsel of record for Plaintiff Michelle Renee Nutini.  (R. 18).  As grounds for the motion, Attorney Davis "states that irreconcilable differences and a breakdown in communication have arisen between counsel and Plaintiff, making continued representation unreasonably difficult and inappropriate."  (*Id.* at Page ID 74).  Davis further represents that "Plaintiff has been informed of counsel's intention to withdraw and has been provided with reasonable notice and an opportunity to seek alternative representation" and that he "will promptly deliver to Plaintiff any file materials and papers to which Plaintiff is entitled, upon request and consistent with applicable law and ethical obligations."  (*Id.*).

Joint Local Rule 83.6 specifies the procedure for substitution or withdrawal of an attorney of record.  Having considered the matter, the Court finds that a hearing on the Motion to Withdraw is necessary.

Accordingly, **IT IS ORDERED** as follows:

1)      A hearing on the Motion to Withdraw (R. 18) is hereby scheduled for **Tuesday, July 29, 2025, at 10:30 a.m.,** at the U.S. Courthouse, 35 West Fifth Street, Covington, Kentucky, before the undersigned.

2)      In addition to attendance at this hearing by counsel for the parties, **Plaintiff Michelle Renee Nutini shall personally appear for this hearing,** and Attorney Davis is directed to send her a copy of this Order since counsel's Motion does not include Nutini's current email address, mailing address, and telephone number.

3)      If Plaintiff Nutini has retained or should retain new counsel prior to the July 29 hearing, new counsel should file an entry of appearance, following which the hearing will be cancelled and the Motion to Withdraw of Attorney Davis will be granted.

Signed this 8th day of July, 2025.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil cov\2024\24-76-DLB-CJS order for hearg re mtw.docx

2