UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Civil Minutes/Order – Motion Hearing

**Cov. Civ. 24-76-DLB-CJS**          at **COVINGTON**          **07/28/2025**

**Style: Nutini v. City of Covington, et al.**

**PRESENT:   HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

| **Tiffany Barton** | **KYED-COV   2-24-cv-76   20250729   102711** |
|---|---|
| Deputy Clerk | Audio File Number |

I, Tiffany Barton, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

| **Plaintiff** | **Attorney** |
|---|---|
| Michele Renee Nutini | Jamir A. Davis, I |

| **Defendants** | **Attorney** |
|---|---|
| City of Covington (not present) | Jeffrey C. Mando |
| C. Bell (not present) | "   " |
| Brian Valenti (not present) | "   " |

**PROCEEDINGS:  MOTION HEARING**

     Case called for a motion hearing to address the Motion to Withdraw as Attorney filed by Jamir A. Davis, I.  (R. 18).  Defendants and Plaintiff Michelle Renee Nutini do not object to the Motion.  Plaintiff Nutini informs the Court that she has been in contact with Attorney Harry Hellings's office about potentially retaining him as counsel in this matter but has been informed that he is unavailable until mid-August.  Accordingly, having heard from the parties, **IT IS ORDERED** as follows:

1. The Motion to Withdraw as Attorney (R. 18) is hereby **granted** without objection.  Plaintiff's former counsel confirmed that file materials will be promptly transferred to Plaintiff Nutini.

2. Following the Clerk's service of this Minute Entry to counsel of record, Attorney Davis may be termed from the docket sheet and removed from the case service list.

3. Plaintiff's Oral Motion to Hold in Abeyance is **granted** without objection by the defense.  The case **shall be held in abeyance** and further action **shall be stayed** pending further order of the court.

4. **Within thirty (30) days, the same being not later than Friday, August 29, 2025,** if Plaintiff has retained counsel, that counsel shall enter his or her appearance in the record. If no Entry of Appearance is made, it will be interpreted by the Court as Plaintiff Nutini's intention to proceed in this matter *pro se*.  A further status conference, likely to be conducted telephonically, will be set by the Court once the August 29 deadline has passed and Plaintiff's representation status is known.

5. The Clerk is directed to mail a copy of this Minute Entry to Plaintiff Nutini and to update the docket sheet to reflect Nutini's contact information:

>   Michele Renee Nutini
>   5670 Hollowview Ct.
>   Cincinnati, OH 45233
>   (513) 509-1811
>   kchele86@gmail.com

cc: COR
Deputy Clerk Init. **<u>TBB</u>**
TIC: 12 mins



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil cov\2024\24-76-DLB min 7-29-25 re mtw.docx