**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Civil Minutes – Telephonic Status Conference**

<u>**Cov. Civ. 24-76-DLB-CJS**</u>         at <u>**COVINGTON**</u>                    <u>**10/01/2025**</u>

<u>**Nutini v. City of Covington et al**</u>

**PRESENT:    HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| **Taylor Boesch** | **KYED-COV    2-24-cv-76_20251001_103511** |
| Deputy Clerk | Audio File Number |

I, Taylor Boesch, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

| | |
|---|---|
| **Plaintiff** | **Attorney** |
| Michele Renee Nutini | Pro se (by phone) |

| | |
|---|---|
| **Defendants** | **Attorney** |
| City of Covington | Jeffrey C. Mando (by phone) |
| C. Bell | "" |
| Brian Valenti | "" |

**PROCEEDINGS:  TELEPHONIC STATUS CONFERENCE**

　　　Case called for a Telephonic Status Conference to discuss case scheduling. Plaintiff Nutini confirmed that she is proceeding *pro se*.  After hearing from the parties, **IT IS ORDERED** as follows:

1) The Scheduling Order (R. 9), as amended by Agreed Order (R. 16), is hereby further amended as follows:
   a. <u>Fact Discovery</u> – to be completed by January 30, 2026
   b. <u>Rule 26(a)(2) Expert Witness Disclosures and reports:</u>
      Deadline for Plaintiff - on or before February 27, 2026
      Deadline for Defendants - on or before March 31, 2026
   c. <u>Status Report (joint or separate)</u> - on or before April 1, 2026
      *Report should update the Court on whether either or both sides have utilized expert witnesses in the case and if the expert discovery deadline is needed or if the Dispositive and Daubert Motions deadline can be advanced.*
   d. <u>Expert Discovery Deadline</u> – on or before April 30, 2026
   e. <u>Dispositive and Daubert Motions</u> - on or before May 29, 2026

2) The Clerk is directed to update Plaintiff Nutini's zip code on the docket to 45233.  Upon Plaintiff Nutini's receipt of these minutes, she should contact the undersigned's Chambers (859-392-7903) to confirm that she received the mailing.

cc: COR
Deputy Clerk: **_TDB_**
TIC: 21 mins



Signed By:
*Candace J. Smith*
United States Magistrate Judge