**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:24-CV-00076-DLB**

**MICHELE RENEE NUTINI**                                                                     **PLAINTIFF**

**v.**

**CITY OF COVINGTON**, *et al.*                                                              **DEFENDANTS**

---

**NOTICE OF FILING PROOF OF SERVICE OF SUBPOENAS**

---

The Defendants, City of Covington, Kentucky; Officer Charlie Beil, individually and in his official capacity as a Police Officer for the City of Covington; and, Chief Brian Valenti, individually and in his official capacity as Chief of the Covington Police Department, by and through counsel, hereby give notice of the filing of the attached Proofs of Service for Subpoenas to Testify at Deposition in a Civil Action upon Phillip Hall and Jill Cornett.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com

*Attorney for Defendants, City of Covington, Kentucky; Officer Charlie Beil, individually and in his official capacity as a Police Officer for the City of Covington; and, Chief Brian Valenti, individually and in his official capacity as Chief of the Covington Police Department*

**CERTIFICATE OF SERVICE**

I hereby certify that on the **15th** day of October, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

A copy was also served via U.S. Mail, postage prepaid, upon the following:

Michele Renee Nutini
5670 Hollowview Court
Cincinnati, OH  45233

>                               */s/ Jeffrey C. Mando*
>                               Jeffrey C. Mando, Esq.