AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| MICHELE RENEE NUTINI <br> *Plaintiff* <br> v. <br> CITY OF COVINGTON, ET AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:24-CV-76 <br> ) <br> ) <br> ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: PHILLIP HALL
3434 Moonridge Drive, Cincinnati, OH 45248
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Adams Law PLLC <br> 40 West Pike Street <br> Covington, KY 41011 | Date and Time: <br> 11/18/2025 10:00 am |
|---|---|

The deposition will be recorded by this method: court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/09/2025

| *CLERK OF COURT* | OR | /s/ Jeffrey C. Mando |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants
_____, who issues or requests this subpoena, are:

Jeffrey C. Mando, 40 W Pike Street, Covingotn, KY 41011; 859-394-6200; jmando@adamsattorneys.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:24-CV-76

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____ on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named individual as follows: _____

PHilip Hall

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Oct 9, 2025

_____
*Server's signature*

Gene Weaver
*Printed name and title*

Gene Weaver & Associates
11 East Tenth Street
Covington, KY 41011

*Server's address*

Additional information regarding attempted service, etc.:

Philip Hall    10/09/2025

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| MICHELE RENEE NUTINI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-CV-76 |
| CITY OF COVINGTON, ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: JILL CORNETT
3434 Moonridge Drive, Cincinnati, OH 45248

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Adams Law PLLC<br>40 West Pike Street<br>Covington, KY 41011 | Date and Time:<br>11/18/2025 9:00 am |
|---|---|

The deposition will be recorded by this method: court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/09/2025

*CLERK OF COURT*

OR

/s/ Jeffrey C. Mando

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants
_____, who issues or requests this subpoena, are:
Jeffrey C. Mando, 40 W Pike Street, Covingotn, KY 41011; 859-394-6200; jmando@adamsattorneys.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:24-CV-76

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows: _____
__Jill Cornett_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: __Oct 10, 2025__       __/s/ Gene Weaver__
                              *Server's signature*

                              Gene Weaver
                              *Printed name and title*

                              Gene Weaver & Associates
                              11 East Tenth Street
                              Covington, KY 41011
                              *Server's address*

Additional information regarding attempted service, etc.:

*Jill Cornett 10/10/25*