UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:24-CV-00076-DLB

**MICHELE RENEE NUTINI**  **PLAINTIFF**

v.

**CITY OF COVINGTON,** *et al.*  **DEFENDANTS**

## NOTICE OF SERVICE

Please take notice that Defendants, City of Covington, Kentucky; Officer Charlie Beil, individually and in his official capacity as a Police Officer for the City of Covington; and, Chief Brian Valenti, individually and in his official capacity as Chief of the Covington Police Department, by and through counsel, has today served their Responses to Plaintiff's Request for Production upon Plaintiff via electronic and U.S. Mail.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com

*Attorney for Defendants, City of Covington, Kentucky; Officer Charlie Beil, individually and in his official capacity as a Police Officer for the City of Covington; and, Chief Brian Valenti, individually and in his official capacity as Chief of the Covington Police Department*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the **26th** day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

A copy was also served via U.S. Mail upon:

Michele Renee Nutini
5670 Hollowview Court
Cincinnati, OH 45233

/s/ *Jeffrey C. Mando*
Jeffrey C. Mando, Esq.